UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ROSARIO MADISON**            )

    **Plaintiff**

v.

                                                  )   **Case No. 1:08-CV-00112**
                                                     J. Paul Friedman

**SPECIALTY HOSPITAL OF WASHINGTON, L.L.C.**
**ET AL.**

    **Defendants**
                                                  )

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**
**(EXPEDITED CONSIDERATION REQUESTED)**

Pursuant to Local Federal Rule 83.6(c), James A. DeVita hereby moves for leave to withdraw as counsel for plaintiff. As grounds therefor, Mr. DeVita states that he is currently suffering from severe depression and can no longer serve effectively as counsel for plaintiff at this time.(A doctor's note from Dr. Shahzad Rahman is being mailed to Judge Friedman in a separate mailing). Plaintiff's counsel further certifies that he has given notice of the filing of this motion to plaintiff as required by Rule 83.6(c). Undersigned counsel would appreciate an expedited ruling given his current physical condition. Defendants have not yet answered the complaint.

                                              Respectfully Submitted:

                                              /s/ James A. DeVita
                                              James A. DeVita, D.C.. Bar #370578
                                              2111 Wilson Boulevard, Suite 700
                                              Arlington, Virginia 22201
                                              703-351-5015
                                              Attorney For Plaintiff

Certificate of Service

I hereby certify that a copy of the foregoing Motion was mailed, postage pre-paid this 5th day of May, 2008, to:

Rosario Madison
3211 20th Street, N.E.
Washington, D.C. 20018

Respectfully Submitted:

  /s/ James A. DeVita
James A. DeVita, D.C. Bar #370578
2111 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
703-351-5015(o)
703-351-9750 (facsimile)
jdevita@devitalaw.com
Attorney For Plaintiff

Certificate

I hereby certify that the last known address of Rosario Madison is 3211 20th Street, N.E, Washington, D.C. 20018 and that on May 5, 2008, I sent a written notice to her advising her of my intention to withdraw and notifying her either to have new counsel enter an appearance or to advise the Clerk that she will be proceeding without counsel.

Respectfully Submitted:

  /s/ James A. DeVita
James A. DeVita, D.C. Bar #370578
2111 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
703-351-5015(o)
703-351-9750 (facsimile)
jdevita@devitalaw.com
Attorney For Plaintiff

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ROSARIO MADISON**  )  |  |
|       **Plaintiff** | |
| v. | )   **Case No. 1:08-CV-00112** |
|  |       J. Paul Friedman |
| **SPECIALTY HOSPITAL OF WASHINGTON, L.L.C. ET AL.** | |
|       **Defendants** )| |

**MEMORANDUM OF POINTS AND AUTHORITIES**

**PRELIMINARY STATEMENT**

Plaintiff's counsel is currently suffering from severe depression.

**ARGUMENT**

Since plaintiff's counsel is currently suffering from severe depression, good grounds exist for granting plaintiff's counsel's motion.

Respectfully Submitted:

\_\_\_/s/ James A. DeVita\_\_\_\_
James A. DeVita, D.C.. Bar # 370578
2111 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
703-351-5015(o)
703-351-9750 (facsimile)
jdevita@devitalaw.com
Attorney For Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**ROSARIO MADISON**                                    )

    **Plaintiff**

**v.**

    )  **Case No. 1:08-CV-00112**
        **J. Paul Friedman**

**SPECIALTY HOSPITAL OF WASHINGTON, L.L.C.
ET AL.**

    **Defendants**

_____                    )


ORDER


    James A. DeVita is hereby given leave to withdraw as counsel for plaintiff.


                                          _____
                                          Judge


Copies To:

Rosario Madison
3211 20th Street, N.E.
Washington, D.C. 20018