UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROSARIO MADISON, )<br> )<br> Plaintiff, )<br> )<br> v. )<br> )<br>SPECIALTY HOSPITAL OF )<br>WASHINGTON, L.L.C., *et al.*, )<br> )<br> Defendants. ) | Civil Action No. 08-112 (PLF) |

ORDER

On May 5, 2008, plaintiff Rosario Madison's attorney, James A. DeVita, filed a motion to withdraw as counsel. Local Civil Rule 83.6(c) instructs that if the party's written consent is not obtained and the party is not represented by another attorney, as is the case here, then:

> a motion to withdraw an appearance shall be accompanied by a certificate of service listing the party's last known address and stating that the attorney has served upon the party a copy of the motion and a notice advising the party to obtain other counsel, or, if the party intends to conduct the case *pro se* or to object to the withdrawal, to so notify the Clerk in writing within five days of service of the motion.

LOC. CIV. R. 83.6(c).

In this case, the motion to withdraw addresses the reasons that the attorney seeks to withdraw, includes a certificate of service certifying that the motion and attached papers were mailed to plaintiff, as well as a notification to Ms. Madison advising her to obtain other counsel or notify the Clerk in writing of her intention to proceed *pro se* within five days of the

notification. No objection or other communication has been received from Ms. Madison.

Accordingly, it is hereby

ORDERED that the Motion to Withdraw as Counsel for Plaintiff [2] is GRANTED. The appearance of Mr. DeVita on behalf of plaintiff Rosario Madison is withdrawn; it is

FURTHER ORDERED that Ms. Madison is to file an appearance through counsel or *pro se* on or before May 26, 2008, in order to avoid being dismissed as a plaintiff in this action for failure to prosecute; and it is

FURTHER ORDERED that the Clerk of the Court forward a copy of this Order to Ms. Madison at her last known address.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: May 15, 2008