IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ROSARIO MADISON, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 08-112 PLF |
| v. | ) ) ) | |
| SPECIALTY HOSPITAL OF WASHINGTON, LLC.. SPECIALTY HOSPITAL OF WASHINGTON–NURSING CENTER, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## ANSWER

Defendants, Specialty Hospital of Washington, LLC and Specialty Hospital of Washington Nursing Center[1], by their undersigned attorneys, hereby answer Plaintiff's Complaint as follows:

## PARTIES

1. In answering paragraph 1 of Plaintiff's Complaint, Defendants are without sufficient knowledge and/or information to admit or deny, and thus deny, the allegations contained in paragraph 1 of Plaintiff's Complaint.

2. In answering paragraph 2 of Plaintiff's Complaint, Defendants admit the allegations contained in the first sentence therein, but deny the remaining allegations contained in paragraph 2 of Plaintiff's Complaint.

---

[1] Neither of the entities named as defendants in the Complaint were Plaintiff's employer. Rather, Plaintiff's employer was Capitol Hill Healthcare Group d/b/a Capitol Hill Nursing Center.

## SUBJECT MATTER JURISDICTION

3.     In answering paragraph 3 of Plaintiff's Complaint, Defendants admit that Plaintiff claims that jurisdiction is proper in this Court, but deny that they have engaged in any illegal activity as alleged in Plaintiff's Complaint.

## PERSONAL JURISDICTION

4.     In answering paragraph 4 of Plaintiff's Complaint, Defendants admit that Plaintiff claims that this Court has personal jurisdiction over Defendants, but deny that they have engaged in any illegal activity as alleged in Plaintiff's Complaint.

## VENUE

5.     In answering paragraph 5 of Plaintiff's Complaint, Defendants admit that Plaintiff claims that venue is proper in this Court, but deny that they have engaged in any illegal activity as alleged in Plaintiff's Complaint.

## FACTS COMMON TO ALL COUNTS

6.     Defendants deny the allegations contained in paragraph 6 of Plaintiff's Complaint.

7.     Defendants deny the allegations contained in paragraph 7 of Plaintiff's Complaint.

8.     Defendants deny the allegations contained in paragraph 8 of Plaintiff's Complaint.

9.     In answering paragraph 9 of Plaintiff's Complaint, Defendants deny the allegations contained in the first sentence therein. Defendants are without sufficient knowledge and/or information to admit or deny, and thus deny, the remaining allegations contained in paragraph 9 of Plaintiff's Complaint.

10. In answering paragraph 10 of Plaintiff's Complaint, Defendants are without sufficient knowledge and/or information to admit or deny, and thus deny, the allegations contained in the second sentence therein. Defendants deny the remaining allegations contained in paragraph 10 of Plaintiff's Complaint.

11. In answering paragraph 11 of Plaintiff's Complaint, Defendants are without sufficient knowledge and/or information to admit or deny, and thus deny, the allegations contained therein.

## COUNT ONE

12. In answering paragraph 12 of Plaintiff's Complaint, Defendants incorporate by reference their answers to each of the preceding paragraphs of the Complaint as if fully set forth herein.

13. Defendants deny the allegations contained in paragraph 13 of Plaintiff's Complaint.

14. Defendants deny the allegations contained in paragraph 14 of Plaintiff's Complaint.

## COUNT TWO

15. In answering paragraph 15 of Plaintiff's Complaint, Defendants incorporate by reference their answers to each of the preceding paragraphs of the Complaint as if fully set forth herein.

16. The allegations in paragraph 16 of Plaintiff's Complaint set forth a legal conclusion, and therefore, do not require a response.

17. Defendants deny the allegations contained in paragraph 17 of Plaintiff's Complaint.

18. Defendants deny the allegations contained in paragraph 18 of Plaintiff's Complaint.

19. Defendants deny that Plaintiff is entitled to any of the relief requested in her demand for relief, or subparagraphs 1 through 8 following the "WHEREFORE" clause in her Complaint, or any other relief.

20. All other allegations set forth in Plaintiff's Complaint that have not heretofore been admitted or denied are hereby specifically and fully denied.

## DEFENSES AND AFFIRMATIVE DEFENSES

21. Plaintiff's Complaint, in whole or in part, fails to state a claim upon which relief can be granted.

22. Plaintiff's claim for punitive damages is barred because Defendants' actions do not rise to the level necessary to sustain a punitive damages award or instruction.

23. Plaintiff's claim for punitive damages is barred because Defendants have engaged in good faith efforts to comply with federal, state and local anti-discrimination laws.

24. Defendants specifically reserve the right to amend this Answer by additional affirmative defenses and/or counterclaims as additional investigation, discovery and circumstances may warrant.

WHEREFORE, Defendants pray that:

    a. Plaintiff's Complaint be dismissed with prejudice in its entirety and that judgment be entered in Defendants' favor.

    b. Plaintiff take nothing by Plaintiff's Complaint.

    c. The Court deny Plaintiff's requested relief.

    d. The Court award Defendants their costs and attorneys' fees.

    e.    The Court award Defendants such further relief as it deems just and proper.

        Respectfully submitted,

/s/ Elisabeth Moriarty-Ambrozaitis
Karla Grossenbacher #442544
Elisabeth Moriarty-Ambrozaitis # 488848
SEYFARTH SHAW LLP
815 Connecticut Avenue, NW, Suite 500
Washington, DC 20006
(202) 463-2400 (ph)
(202) 828-5393 (fax)

Attorneys for Defendants

Dated: May 21, 2008