UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rosario Madison, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Case No. 1:08-cv-001112-PLF |
| | ) |
| Specialty Hospital of Washington, L.L.C., | ) |
| and Specialty Hospital of Washington–Nursing | ) |
| Center, L.L.C., | ) |
| | ) |
|     Defendants. | ) |

# **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE, that the undersigned is entering an appearance as counsel for plaintiff in this action.

                  Respectfully submitted,

                  **/s/**_____
                  Richard T. Seymour (DC Bar No. 028100)
                  Law Office of Richard T. Seymour, P.L.L.C.
                  1150 Connecticut Avenue N.W., Suite 900
                  Washington, D.C.  20036-4129
                    Voice: 202-862-4320
                    Cell:   202-549-1454
                    Facsimile:  800-805-1065 and 202-828-4130
                    e-mail: rick@rickseymourlaw.net

Dated: May 26, 2008

## Certificate of Service

I hereby certify that I have this 26th day of May, 2008, served counsel of record for defendant, listed below, with a copy of the foregoing Notice of Appearance by uploading this document through the Court's ECF system.

> Karla Grossenbacher #442544
> Elisabeth Moriarty-Ambrozaitis # 488848
> SEYFARTH SHAW LLP
> 815 Connecticut Avenue, NW, Suite 500
> Washington, DC 20006

> /s/_____
> Richard T. Seymour (DC Bar No. 028100)
> Law Office of Richard T. Seymour, P.L.L.C.
> 1150 Connecticut Avenue N.W., Suite 900
> Washington, D.C.  20036-4129
>   Voice: 202-862-4320
>   Cell:   202-549-1454
>   Facsimile:  800-805-1065 and 202-828-4130
>   e-mail: rick@rickseymourlaw.net