AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For The _____ District of _____ Columbia _____

ROSARIO MADISON
Plaintiff

V.

SPECIALTY HOSPITAL OF
WASHINGTON, LLC, et al., Defendants

**SUMMONS IN A CIVIL ACTION**

CASE

Case: 1:08-cv-00112
Assigned To : Friedman, Paul L.
Assign. Date : 1/18/2008
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

Specialty Hospital of Washington, L.L.C.
Serve: Clifford E. Barnes, Reg. Agent
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James A. DeVita, Esq.
Suite 700, 2111 Wilson Boulevard
Arlington, Virginia 22201

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON             JAN 18 2008
CLERK                                DATE

_____
(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rosario Madison<br><br>**Plaintiff**<br><br>v.<br><br>Specialty Hospital of Washington, L.L.C., et al.<br><br>**Defendant(s)** | )<br>)<br>)<br>)<br>)<br>) Case No.: 1:08-cv-00112<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Thomas Parks, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint and Initial Electronic Case Filing Order on Specialty Hospital of Washington, L.L.C. c/o Clifford E. Barnes, Registered Agent in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526 (202) 667-0050.

That on April 30, 2008 at 11:45 AM, I served the within Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint and Initial Electronic Case Filing Order on Specialty Hospital of Washington, L.L.C. c/o Clifford E. Barnes, Registered Agent at 1227 25th Street, NW, Suite 700, Washington, DC 20037 by serving Clifford E. Barnes, Registered Agent, authorized to accept. Described herein:

Gender: Male   Race/Skin: Black   Hair: Black   Age: 54   Height: 5'10"   Weight: 175

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

5-2-08
Executed on:

Thomas Parks
CAPITOL PROCESS & INVESTIGATOR
SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050