IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROSARIO MADISON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 1:08-cv-112-PLF |
| SPECIALTY HOSPITAL OF WASHINGTON, L.L.C., *et al.* | ) ) ) ) |
| Defendants. | ) ) |

## **DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

I, the undersigned, counsel of record for Specialty Hospital of Washington, L.L.C. and Specialty Hospital of Washington - Nursing Center, L.L.C., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Specialty Hospital of Washington, L.L.C. and Specialty Hospital of Washington - Nursing Center, L.L.C. which have any outstanding securities in the hands of the public: Specialty Hospital of America, Specialty Hospital of Washington-Capitol Hill, and Specialty Hospital of Washington-Hadley.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

By: /s/ Elisabeth Moriarty-Ambrozaitis
    Karla Grossenbacher, Esq. #442544
    Elisabeth Moriarty-Ambrozaitis, Esq. # 488848

    SEYFARTH SHAW LLP
    815 Connecticut Avenue, N.W.
    Suite 500
    Washington, D.C. 20006-4004
    (202) 463-2400 (ph)
    (202) 828-5393 (fax)

    kgrossenbacher@seyfarth.com
    emoriarty@seyfarth.com

    Attorneys for Defendants

Date:  May 29, 2008

CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Disclosure of Corporate Affiliations and Financial Interests, was served on the following persons via ECF and U.S. first-class mail, postage prepaid:

Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036-4129

Attorney for Plaintiff

 /s/ Elisabeth Moriarty-Ambrozaitis
Elisabeth Moriarty-Ambrozaitis