IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSARIO MADISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:08-cv-112-PLF |
| SPECIALTY HOSPITAL OF WASHINGTON, L.L.C., | ) |
| *et al.* | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

**CONSENT MOTION FOR CONTINUANCE
OF MEET AND CONFER STATUS CONFERENCE**

Defendant Specialty Hospital of Washington, L.L.C. and Defendant Specialty Hospital of Washington - Nursing Center, L.L.C., (collectively, "Defendants"), by its undersigned counsel, hereby moves this Court for a continuance of the Meet and Confer Status Conference set for June 24, 2008.  Defendants' counsel is unable to attend the status conference on June 24, 2008 and respectfully requests that this Court order a continuance of the status conference to one of the following dates:  July 9-11, 17, 18, 21, 22, 28-31, and August 1, 4-8, 11-15, 18-22, and 25-29**.**  The good cause and grounds upon which Defendant bases this motion are set forth below.

1. This case is set for a Meet and Confer Status Conference set for June 24, 2008 at 9:15 a.m.

2. Defendants' counsel, Karla Grossenbacher, is scheduled for surgery on June 18, 2008, and is scheduled to be on medical leave for a period of two weeks thereafter.

3. Additionally, Defendants' counsel, Elisabeth Moriarty-Ambrozaitis, will be on leave from June 20, 2008 to July 8, 2008, to assist her mother who is scheduled for brain surgery.

    4.       Defendants therefore respectfully request that the Court enter an order continuing the Meet and Confer Status Conference.

    5.       Defendants' counsel has spoken with Plaintiff's counsel and Plaintiff's counsel consents to Defendants' Motion for Continuance.

    6.       Defendants' counsel and Plaintiff's would be available to attend a Meet and Confer Status Conference on any of the following dates: July 9-11, 17, 18, 21, 22, 28-31, and August 1, 4-8, 11-15, 18-22, and 25-29.

> Respectfully submitted,
>
> By: /s/ Elisabeth Moriarty-Ambrozaitis
>     Karla Grossenbacher, Esq. #442544
>     Elisabeth Moriarty-Ambrozaitis, Esq. # 488848
>
> SEYFARTH SHAW LLP
> 815 Connecticut Avenue, N.W.
> Suite 500
> Washington, D.C. 20006-4004
> (202) 463-2400 (ph)
> (202) 828-5393 (fax)
>
> kgrossenbacher@seyfarth.com
> emoriarty@seyfarth.com
>
> Attorneys for Defendants

Date:  June 13, 2008

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Consent Motion for Continuance was served via ECF on June 13, 2008 upon:

Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036-4129

Attorney for Plaintiff

                                                /s/ Elisabeth Moriarty-Ambrozaitis
                                                Elisabeth Moriarty-Ambrozaitis

DC1 30232149.2

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROSARIO MADISON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:08-cv-112-PLF |
| SPECIALTY HOSPITAL OF WASHINGTON, L.L.C., *et al.* | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Defendants' Consent Motion for Continuance of Meet and Confer Status Conference, it is this _____ day of _____, 2008,

ORDERED, that the Motion be and HEREBY IS GRANTED, and that Meet and Confer Status Conference is rescheduled for _____.

_____
Judge Paul L. Friedman

Date: _____

DC1 30232149.2