IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSARIO MADISON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:08-cv-112-PLF |
| SPECIALTY HOSPITAL OF WASHINGTON, L.L.C., *et al.* | ) ) ) |
| Defendants. | ) ) ) |

## JOINT LOCAL RULE 16.3 REPORT

Pursuant to Local Rule 16.3(d), undersigned counsel conferred via telephone on June 11, 2008, and hereby submit their joint written report in the above-captioned case (hereinafter "Report"). The following constitutes the parties' positions with respect to each of the items set forth in Local Rule 16.3.

1. Plaintiff filed a Motion to Strike Answer, Entry of Default and Motion for Default Judgment on May 26, 2008 ("Plaintiff's Motion). Defendants filed their Opposition to Plaintiff's Motion on June 5, 2008. The parties further propose filing any dispositive motion 65 days following the close of all discovery.

2. Defendants stated in their Answer that Plaintiff has not named Plaintiff's employer. Plaintiff contests that she has named the incorrect entities. As such, the parties agree that any additional parties must be added within 30 days after the close of discovery. Whether some of the factual or legal issues can be agreed upon or narrowed will depend on the results of discovery.

3. The parties consent to the assignment of this case for the purpose of alternative dispute resolution only.

4. As no discovery has been taken in this matter, the parties have not made any settlement determinations.

5. The parties request that a settlement conference with a U.S. Magistrate Judge be scheduled after the close of discovery.

6. The parties propose that the deadline for dispositive motions should be at least 65 days after the conclusion of discovery, with oppositions, cross-motions and replies due in accordance with the Rules of Civil Procedure and the Local Rules of this Court.  The parties will defer to the Court regarding when the Court will decide any dispositive motions that have been filed.

7. The parties have agreed to the submission of initial disclosures required by Fed. R. Civ. P. 26(a)(1) within 14 days of the filing of this Report.

8. The parties propose 25 interrogatories and 10 depositions per side.  The parties agree that the number of depositions may be increased as required based upon a showing of good cause.  The parties propose that all discovery including answers to interrogatories, document production, responses to requests for admissions and depositions be concluded by December 1, 2008.  The parties have not agreed to waive the one day/seven hour per deposition requirement of Fed. R. Civ. P. 30(d).

9. Expert discovery, if any, shall proceed along the schedule set forth in the Federal Rules of Civil Procedure.

10. At this time, the parties do not believe that either trial or discovery should be bifurcated or managed in phases.

11. The parties propose that the pretrial conference be scheduled after the Court has ruled on all dispositive motions.

12. Plaintiff believes a trial date should be set at the Initial Scheduling Conference. Defendant believes a trial date should be set at the pretrial conference.

13. At this time, there are no other matters appropriate for inclusion in a scheduling order.

Respectfully submitted,                              Respectfully submitted,

By: /s/ Richard T. Seymour_____              By: /s/ Elisabeth Moriarty-Ambrozaitis_____
Richard T. Seymour, Esq. #028100                     Karla Grossenbacher, Esq. #442544
Law Office of Richard T. Seymour, P.L.L.C.           Elisabeth Moriarty-Ambrozaitis, Esq. # 488848
1150 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036-4129                          SEYFARTH SHAW LLP
(202) 862-4320                                       815 Connecticut Avenue, N.W.
800-805-1065 (fax)                                   Suite 500
rick@rickseymourlaw.net                              Washington, D.C. 20006-4004
                                                     (202) 463-2400 (ph)
Attorney for Plaintiff                               (202) 828-5393 (fax)

                                                     kgrossenbacher@seyfarth.com
                                                     emoriarty@seyfarth.com

                                                     Attorneys for Defendants

Date: June 17, 2008

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROSARIO MADISON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Case No. 1:08-cv-112-PLF<br>SPECIALTY HOSPITAL OF WASHINGTON, L.L.C., )<br>*et al.* )<br>)<br>)<br>Defendants. )<br>) | |

PROPOSED SCHEDULING ORDER

Upon consideration of the Joint Local Rule 16.3 Report, the Court hereby adopts the following schedule for this proceeding. The dates set forth herein will not be changed absent good cause shown.

| | |
|---|---|
| Initial Disclosures | Within 14 days from date of filing report |
| Amendment of Pleadings | Within 30 days from close of discovery |
| Close of Fact Discovery | December 1, 2008 |
| Dispositive Motions | 65 days after close of discovery |
| Pretrial Conference | _____ |
| Trial | _____ |

SO ORDERED.

_____          _____
Date                                               Judge Paul L. Friedman
                                                       United States District Court Judge

4

Copies to:

Richard T. Seymour, Esq.
rick@rickseymourlaw.net

Karla Grossenbacher, Esq.
kgrossenbacher@seyfarth.com

Elisabeth Moriarty-Ambrozaitis, Esq.
emoriarty@seyfarth.com